No. 67663.—The Rieser Co., Inc. *v.* United States, protest 59/24422 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of nylon hair nets similar in use to manufactures of silk and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained, except as to entry B. 71726, which was withdrawn from warehouse after September 13, 1958, the effective date of the enactment of T.D. 54676.

No. 67664.—Kaytee Fabric & Ribbon Co., Inc., and Halperin Shpg. Co. *v.* United States, protest 59/26088 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of nylon angels similar in use to silk angels and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.

No. 67665.—Leading Forwarders, Inc., et al. *v.* United States, protests 323399–K, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the items marked "A" consist of nylon pile fabrics similar in use to silk pile fabric, the claim at 25 percent under the provision in paragraph 1206, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), for silk pile fabrics, by similitude under paragraph 1559, or as amended, was sustained. The items marked "B," stipulated to consist of nylon knit fabric similar in use to silk knit fabric, were held dutiable at 27½ percent under the provision in paragraph 1208, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), for silk knit fabrics, in the piece, by similitude. *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), followed.